ADRIAN L. RANDOLPH (SBN: 133577)
**MICHAEL L. JOHNSON (SBN: 88884)**
**UNION PACIFIC RAILROAD COMPANY**
**Law Department**
10031 Foothills Boulevard, Suite 200
Roseville, CA  95747
General:      916-789-6400
Direct:        916-789-6231
Fax:           916-789-6238

Attorneys for Defendants
UNION PACIFIC RAILROAD COMPANY

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. STAGGS,<br><br>      Plaintiff,<br><br>   vs.<br><br>UNION PACIFIC RAILROAD COMPANY, ,<br><br>      Defendants. | Case No.:  2:08-CV-02460-FCD-GGH<br><br>**STIPULATION AND ORDER RE: DISMISSAL** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys of record, that the above-entitled matter has been settled in its entirety. Each side to bear its own costs.

DATED: August 10, 2010          SAMMONS & ASSOCIATES, P.C.

                                                    */S/ JOHN GUS ZGOURIDES*

                                       By:_____
                                              JOHN GUS ZGOURIDES
                                              Attorneys for Plaintiff
                                              JOHN M. STAGGS

DATED: August 10, 2010          UNION PACIFIC RAILROAD COMPANY

                                                    */S/ MICHAEL L. JOHNSON*
                                       By:_____
                                              MICHAEL L. JOHNSON
                                              Attorneys for Defendant
                                              UNION PACIFIC RAILROAD COMPANY

-1-

**ORDER**

After considering the Stipulation re: Dismissal

IT IS HEREBY ORDERED that the above-entitled matter is hereby dismissed in its entirety, each side to bear its own costs.

DATED: August 11, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE